# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     **CRIMINAL NO. 1:07-CR-064**
            :
      **v.**                                 :     **(Judge Conner)**
            :
**OSCAR BARAZZA**                :

## **FINAL ORDER OF FORFEITURE**

Upon the proceedings had heretofore and the Motion (Doc. 289) of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on December 9, 2008, ordering the defendant to forfeit:

     a)      cash in the amount of $1,758,270.00 seized from 1969 Sterling Place, Lancaster, Pennsylvania on January 12, 2007;

     b)      cash in the amount of $57,500.00 seized from a safe inside 1969 Sterling Place, Lancaster, Pennsylvania on January 12, 2007; and

     c)      cash in the amount of $289,623.00 seized from 2797 Cobblestone Lane, Lancaster, Pennsylvania on January 12, 2007.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

1) All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) The United States is entitled to its costs herein;

3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 23rd day of March, 2009.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge